

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

Cristina M. Squieri Bullock
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

Sara Tse Soo Hoo
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

August 2, 2018

Los Angeles County Superior Court
111 N. Hill Street
Los Angeles, CA 90012

Re: Case Number: __2:18-cv-05725-RGK-PLA x__
Previously Superior Court Case No. __BC695795__
Case Name: __Abel Contreras et al v. XPO Cartage, Inc, et al__

*CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles
AUG 07 2018
Sherri R. Carter, Executive Officer/Clerk
By Paul R. Cruz, Deputy*

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on __August 2, 2018__, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: __/s/ Brent Pacillas__
Deputy Clerk
Brent_Pacillas@cacd.uscourts.gov

*FILED
CLERK, U.S. DISTRICT COURT
AUG 16 2018
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY*

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

__8-7-18__
Date

Clerk, Superior Court

By: _[signature]_
Deputy Clerk