Judge Dolly M. Gee
**SCHEDULE OF PRETRIAL & TRIAL DATES (JURY TRIAL)**

Case No.: CV 18-6725-DMG (JPRx)   Title: Lauren Moshi, LLC v. Daniel Fuentes

| MATTER | COURT ORDERED DATE | TIME |
|---|---|---|
| **TRIAL**   [ ] Court  [ x ] Jury<br>Duration Estimate: 5-7 days | 9-29-20<br>(Tuesday) | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | 9-1-20<br>(Tuesday) | 2:00 p.m. |

| MATTER | COURT ORDERED DATE |
|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 12-20-19 |
| Early Mediation Deadline<br>Joint Report re Results of Early Mediation | 3-6-20<br>3-13-20 |
| Non-Expert Discovery Cut-Off[1]<br>(includes hearing of discovery motions) | 5-26-20 |
| Motion Cut-Off   (filing deadline)<br>Last hearing date for dispositive motions | 6-5-20<br>7-10-20 @ 2:00 p.m. |
| Initial Expert Disclosure & Report Deadline | 6-30-20 |
| Rebuttal Expert Disclosure & Report Deadline | 7-28-20 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 8-11-20 |
| Settlement Conference Completion Date | 8-4-20 |
| Motions in Limine Filing Deadline | 8-11-20 |
| Opposition to Motion in Limine Filing Deadline | 8-18-20 |
| Joint Status Report re Settlement | 8-11-20 |
| Proposed Pretrial Conference Order | 8-11-20 |
| Contentions of Fact/Law | 8-11-20 |
| Pretrial Exhibit Stipulation | 8-11-20 |
| Joint Exhibit List | 8-11-20 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 8-11-20 |
| Agreed Statement of the Case | 8-11-20 |
| Proposed Voir Dire Questions | 8-11-20 |
| Joint Statement of Jury Instructions &<br>Joint Statement of Disputed Instructions | 8-11-20 |
| Verdict Forms | 8-11-20 |

---

[1] Plaintiff's request for bifurcated discover is DENIED.