**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LAUREN MOSHI, LLC., a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DANIEL FUENTES, an individual doing business as both LETHAL AMOUNTS and LETHAL AMOUNTS GALLERY; and DOES 1-10, inclusive,<br><br>　　　　Defendants.<br><hr>DANIEL FUENTES, an individual doing business as both LETHAL AMOUNTS,<br><br>　　　　Counterclaimant,<br><br>　　vs.<br><br>LAUREN MOSHI, LLC; and ROES 1-10, inclusive,<br><br>　　　　Counterclaim Defendants. | Case No.: CV 18-6725-DMG (JPRx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. RULE 41(A) [86]** |

Pursuant to the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The above-captioned action, including all claims in the Complaint and Counterclaim, shall be dismissed with prejudice in its entirety; and

2. The parties hereto shall bear their own costs and attorneys' fees.

DATED:  March 31, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE